UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:04-cr-5335 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| NAGI ALI RAGIH, ) | NOTE AND DEED OF TRUST |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Dated: _____     _____
                            **OLIVER W. WANGER**
                            **United States District Judge**IT IS SO ORDERED.

Emm0d6**Dated:   March 9, 2006**        /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE